FILED

05/19/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0351

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0351

_____

IN THE MATTER OF:

F.J.S.,                                                                 O R D E R

Respondent and Appellant.


_____


Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 19 2021